UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 06860
   DAMON C HALL
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3773

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/23/2004 and was confirmed 05/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/10/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 1000.00 | 13.33 | 1000.00 |
| CITY OF CHICAGO WATER DE | SECURED NOT I | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL | SECURED NOT I | .00 | .00 | .00 |
| WELLS FARGO HOME MTG | NOTICE ONLY | .00 | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 1867.75 | .00 | 1867.75 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 6974.31 | .00 | 6974.31 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3816.37 | .00 | 3816.37 |
| NICOR GAS | UNSECURED | 631.27 | .00 | 631.27 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PINNACLE MANAGEMENT SER | UNSECURED | NOT FILED | .00 | .00 |
| PINNACLE MANAGEMENT SER | UNSECURED | NOT FILED | .00 | .00 |
| RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN HEIGHTS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN HEIGHTS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN HEIGHTS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| VANRU CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| PARK FOREST WATER DEPT | UNSECURED | NOT FILED | .00 | .00 |
| XELCO COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| GREEN TREE SERVICING LLC | SECURED NOT I | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 56.19 | .00 | 56.19 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 194.00 | .00 | 194.00 |
| STATE FARM ILLINOIS C U | UNSECURED | NOT FILED | .00 | .00 |
| GREEN TREE SERVICING LLC | UNSECURED | .00 | .00 | .00 |
| SECRETARY OF VETERANS AF | CURRENT MORTG | .00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,000.00 | | 3,000.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 06860 DAMON C HALL

```
TOM VAUGHN              TRUSTEE                                    839.80
DEBTOR REFUND          REFUND                                        .00
```

```
         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 18,393.02

PRIORITY                                       194.00
SECURED                                      1,000.00
     INTEREST                                   13.33
UNSECURED                                   13,345.89
ADMINISTRATIVE                               3,000.00
TRUSTEE COMPENSATION                           839.80
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                  18,393.02           18,393.02
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 01/03/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```